UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHRISTINA RAMAZANI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-36-TAV-HBG |
| | ) | |
| CAPITAL RESTORATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on July 11, 2014 [Doc. 42]. In the R&R, Magistrate Judge Guyton recommended that the Court enter judgment in favor of plaintiff and against Capital Restoration, Inc. in the amount of $3,000,000.00 and that plaintiff be awarded $410.96 per diem in prejudgment interest from the filing of the complaint on January 24, 2013, until the date upon which the Clerk of Court enters judgment. In addition, Magistrate Judge Guyton recommended that plaintiff be granted leave to file petitions for post-judgment interest, fees, and costs following the entry of judgment. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its

ruling.  Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 42], and it is hereby **ORDERED** that judgment be **ENTERED** in favor of plaintiff and against Capital Restoration, Inc. in the amount of $3,000,000.00 and that plaintiff be **AWARDED** $410.96 per diem in prejudgment interest from the filing of the complaint on January 24, 2013, until the date upon which the Clerk of Court enters judgment.  In addition, the Court **ORDERS** that plaintiff be granted leave to file petitions for post-judgment interest, fees, and costs following the entry of judgment.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
CHIEF UNITED STATES DISTRICT JUDGE