UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHRISTINA RAMAZANI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:13-CV-36-TAV-HBG |
| CAPITAL RESTORATION, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on December 10, 2014 [Doc. 62]. In the R&R, Magistrate Judge Guyton recommends that the Court grant plaintiff's Motion for Award of Attorney's Fees, Costs, & Post-Judgment Interest [Doc. 49]. Magistrate Judge Guyton further recommends that the Court award plaintiff attorneys' fees in the amount of $28,757.50, costs in the amount of $205.74, and post-judgment interest at a rate of 0.12 percent pursuant to 28 U.S.C. § 1961(a). There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 62]. The Court

**GRANTS** plaintiff's Motion for Award of Attorney's Fees, Costs, & Post-Judgment Interest [Doc. 49].  The Court **ORDERS** that plaintiff be **AWARDED** attorneys' fees in the amount of **$28,757.50**, costs in the amount of **$205.74**, and post-judgment interest at a rate of **0.12 percent** pursuant to 28 U.S.C. § 1961(a).

    IT IS SO ORDERED.

                      s/ Thomas A. Varlan
                      CHIEF UNITED STATES DISTRICT JUDGE